AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
MANUEL OLVERA-VERA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1733

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
MANUEL OLVERA-VERA

I certify that I am admitted to practice in this court.

| 6/4/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
|  | Shaffy Moeel / Federal Defenders of SD    238732 |
|  | Print Name      Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City    State    Zip Code |
|  | (619) 234-8467    (619) 687-2666 |
|  | Phone Number    Fax Number |

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: June 4, 2008                                                            ____/s/ Shaffy Moeel_____
                                                          SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org