# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08CR2138-LAB
                        )
vs                      )   ABSTRACT OF ORDER
                        )
MANUEL OLVERA-VERA      )   Booking No. 09658097
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/7/8__
the Court entered the following order:

__✓__ Defendant be released from custody. AS TO THIS CASE ONLY!

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Charges Pending in 08CR2581-LAB

RECEIVED 2008 AUG -7 PM 1:49 U.S. DISTRICT COURT SOUTHERN DISTRICT CALIFORNIA

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
                    Deputy Clerk
J. JARABEK

Received _____
           DUSM

Crim-9  (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY